UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **V.R.**, individually and behalf of **E.R.**,<br><br>     *Plaintiffs*,<br><br>v.<br><br>**New York City Department of Education**<br><br>     *Defendant*. | Case No. |

### Complaint

V.R., brings this Complaint on his own behalf and on behalf of his child, E.R. to enforce an August 12, 2022, order from a New York State Department of Education Impartial Hearing Officer. That order required Defendant the New York City Department of Education to fund E.R.'s private school tuition for the 2022-2023 school year.

### Jurisdiction and Venue

1.     This Court has jurisdiction over Plaintiffs' federal claims under the IDEA pursuant to 20 U.S.C. § 1415, 42 U.S.C. § 1988, and as an action raising a federal question under 28 U.S.C.§ 1331, and for the award of reasonable attorneys' fees under 20 U.S.C. §§ 1415(i)(2) and (3), 34 C.F.R. §§ 300.516 and 300.517, 28 U.S.C. §§ 1331 and 1367.

2.     Venue lies in the Southern District of New York pursuant to 28 U.S.C. § 1391(b)(2), as it is the judicial district in which Defendant is situated or resides.

3.     This Court has jurisdiction under 28 U.S.C. § 1331 in that claims are asserted under the laws of the United States; under 28 U.S.C. § 1343(a) in that claims are asserted under

laws providing for protection of civil rights; and under 20 U.S.C. § 1415, 42 U.S.C. § 1983, and 29 U.S.C. § 794, et. seq.

4.      If successful, Plaintiffs are entitled to costs and attorneys' fees under 42 U.S.C. § 1988(b) and 20 U.S.C. § 1415(j)(3)(B) et. seq.

### Parties

5.      E.R. is a student with a disability who is eligible for a Free Appropriate Public Education ("FAPE") under the Individuals with Disabilities Education Act ("the IDEA"). E.R. resides in this judicial district.

6.      V.R. is E.R.'s parent who resides in this judicial district.

7.      The New York City Department of Education ("DOE") is a corporate body, created by Article 52 of the New York State Education Law, CLS Educ. Law § 2550 et seq., that manages and controls the public school system of the City of New York. The DOE is a local educational agency ("LEA") as defined in the IDEA, and thus bears the responsibilities of an LEA under the IDEA and in the New York State Education Law.  See 20 U.S.C. § 1415(a); N.Y. Educ. Law § 2590.

8.      The DOE's principal place of business is 52 Chambers Street, New York, New York 10007.

### Facts

9.      E.R. suffers from autism spectrum disorder and currently attends the Keswell School, a school dedicated to teaching children and young adults with autism.

10.      On May 19, 2019, in case number 175220, an Impartial Hearing Officer found that the DOE denied E.R. a free appropriate public education for the 2016-2017, 2017-2018, and 2018-2019 school years.

2

11.     The Impartial Hearing Officer ordered the DOE to reimburse E.R.'s parents for E.R.'s tuition at the Keswell School for those school years.

12.     On July 5, 2022, V.R. filed another due process complaint and then amended that complaint on July 18, 2022. The amended complaint alleged that Defendant failed to offer E.R. a free appropriate public education for the 2022-2023 school year. The amended complaint also sought to enforce E.R.'s pendency right for E.R.'s twelve-month placement at the Keswell School for the 2022-2023 school year, transportation to and from the school, and compensatory education.

13.     The impartial hearing officer asked the DOE if it would contest pendency.

14.     The DOE never responded, so the impartial hearing officer set the pendency hearing for August 9, 2022.

15.     The DOE did not appear at the pendency hearing.

16.     On August 12, 2023, the Impartial Hearing Officer affirmed E.R.'s pendency rights arising from Case Number 175220 and ordered the DOE to pay E.R.'s tuition at the Keswell School for the 2022-2023 school year beginning July 5, 2022.

17.     Because the Keswell School required tuition before the DOE made payment, V.R. paid E.R.'s tuition at the Keswell School for the 2022-2023 school year.

18.     To pay the tuition, V.R. used a line of credit for which he incurs interest charges.

19.     The DOE has not complied with the Impartial Hearing Officer's August 12, 2022, order.

**Count 1**

**IDEA – Enforcement of IHO Order in Proceeding 228564**

20.     Plaintiffs repeat and re-allege the allegations of all the above paragraphs as if fully set forth herein.

21.     The Impartial Hearing Officer's August 12, 2022, order required Defendant to reimburse Plaintiffs for E.R.'s private school tuition at the Keswell School for the 2022-2023 school year.

22.     The Impartial Hearing Officer's August 12, 2022, decision is now a final, non-appealable decision.

23.     Defendant has failed to comply with the Hearing Officer's August 12, 2022, order. Defendant has not reimbursed Plaintiffs for E.R.'s tuition at the Keswell School.

24.     Plaintiffs paid the Keswell School $91,150.00 tuition for the first half of the 2022-2023 school year. Plaintiffs paid the tuition using a line of credit for which they are being charged interest.

25.     Plaintiffs have suffered damages as a result of Defendant's refusal to comply with the Impartial Hearing Officer's August 12, 2022, order.


**Prayer for Relief**

WHEREFORE, Plaintiffs ask this Court for the following relief :

i.     Issue a declaratory judgment that Defendant has violated Plaintiffs' rights as alleged herein;

ii.    Issue an Order requiring Defendant to pay $91,150.00, that it has not paid to satisfy the August 12, 2022, Impartial Hearing Officer's decision, plus interest;

4

iii.   Order the Defendant to pay Plaintiffs' reasonable attorneys' fees and costs incurred in Plaintiffs' work implementing the decisions in case number 228564 and this ensuing action;

iv.   Order the Plaintiffs to submit a fee petition for the work implementing the Impartial Hearing Officer's August 12, 2022, order and for this ensuing action; and

v.   Award such other, and further, relief as to the Court may seem just and proper.

Dated:  February 13, 2023

Respectfully submitted,

By: _____
William DeVinney (WTD 7117)
BRIGLIA HUNDLEY, PC
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
wdevinney@brigliahundley.com
Phone: (703) 883-0880
Fax: (703) 883-0899

*Attorneys for Plaintiffs*