UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V.R., individually and behalf of E.R.,

                Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

23 Civ. 1208 (JHR) (BCM)

ORDER

JENNIFER H. REARDEN, District Judge:

    Pursuant to the Court's Order dated March 7, 2023, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge, and were to inform the Court by two weeks of that Order whether the parties so consent. *See* ECF No. 9.

    By no later than **April 24, 2023**, the parties shall file either a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge form, or if any party does not consent to conducting all proceedings before the assigned Magistrate Judge, file a joint letter advising the Court that the parties do not so consent.

    SO ORDERED.

Dated: April 17, 2023
       New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023