United States District Court for the Southern District of New York

| | |
|---|---|
| **V.R.**, individually and behalf of **E.R.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **New York City Department of Education** <br><br> *Defendant*. | Case No. 1:23-cv-01208 |

### Order

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date: August 14, 2023

~~Hon. Barbara C. Moses~~
~~United States Magistrate Judge~~

Jennifer H. Rearden
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2023